

**U.S. Department of Justice**

United States Attorney
Western District of New York

620 Federal Building  (585) 263-6760
100 State Street     FAX(585) 263-6226
Rochester, New York 14614

March 10, 2006

Honorable Michael A. Telesca
United States District Judge
Western District of New York
100 State Street
Rochester, New York 14614

    Re:  Donald B. Danes v. Commissioner
        05-CV-6164T

Dear Judge Telesca:

    The Commissioner of Social Security has informed us that they are experiencing delays in the preparation of the motion for judgment on the pleadings. The Government's motion in this case is due March 15, 2006. The agency attorney requested our office to obtain an extension to file the motion. The plaintiff's attorney, Gregory T. Phillips, Esq. has agreed to an extension until April 14, 2006, to allow both parties to file their dispositive motions.

    Please contact me if you have any concerns. Thank you for your consideration.

                        Respectfully yours,

                        KATHLEEN M. MEHLTRETTER
                        Acting United States Attorney
                        Western District of New York

                BY:  CHRISTOPHER V. TAFFE
CVT/lap                Assistant United States Attorney
cc: Gregory T. Phillips, Esq.

**SO ORDERED:**

  S/MICHAEL A. TELESCA
_____
**HONORABLE MICHAEL A. TELESCA
UNITED STATES DISTRICT JUDGE
DATED:** MARCH 14, 2006